[No. 5531–7–II.   Division Two.   October 25, 1983.]

STANLEY MILLER, *Appellant,* v. THE PORT OF
ILWACO, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pacific County, No. 19583, Herbert E. Wieland, J., entered April 13, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 5249–4–III.   Division Three.   October 25, 1983.]

RAYMOND A. NELSON, ET AL, *Respondents,* v. ALAN R.
RUSSELL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–2–03639–7, John J. Ripple, J., entered May 27, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Edgerton, J. Pro Tem.